**MANDATE**

S.D.N.Y.–N.Y.C.
18-cv-4814
Woods, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-five.

Present:
    Debra Ann Livingston,
        *Chief Judge,*
    Dennis Jacobs,
    Barrington D. Parker,
        *Circuit Judges*.

_____

Jodi Rouviere, Individually,

        *Plaintiff-Appellant*,

Andre Rouviere, Jodi Rouviere's husband, individually,

        *Plaintiff*,

v.                                                                            25-1542

DePuy Orthopaedics, Inc., Howmedica Osteonics Corp., DBA Stryker Orthopaedics, doing business as Stryker Orthopaedics,

        *Defendants-Appellees*,

DePuy Products, Inc., et al.,

        *Defendants*.

_____

    Defendants-Appellees jointly move for summary affirmance or to dismiss the appeal. Upon due consideration, it is hereby ORDERED that the motion for summary affirmance is GRANTED because the appeal "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also United States v. Davis*, 598 F.3d 10, 13 (2d Cir. 2010).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 02/17/2026